Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| ODALY PHETSAVONG ) | Civil Action No. 1:04-CV-6081 DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until June 18, 2005, in which to file and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed, August 12, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: May 19, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: May 20, 2005 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kimberly A. Gaab |
| | | (as authorized via facsimile) |
| | | KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:    May 31, 2005**             **/s/ Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE