1   Gina Fazio, Esq. #225178
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800

4   Attorney for Plaintiff

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR

8                       THE EASTERN DISTRICT OF CALIFORNIA

9                                  AT FRESNO

10  ODALY PHETSAVONG        )
                            )         Civil Action No. 1:04-CV-6081 DLB
11                          )
            Plaintiff,      )         STIPULATION AND ORDER
12                          )
    vs.                     )
13                          )
    JO ANNE B. BARNHART,    )
14  Commissioner of Social  )
    Security,               )
15                          )
            Defendant.      )
16  _____)

17

18          IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted a 30 day extension of time, until July 21, 2005, in which to file and

20  serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21  August 12, 2004, shall proceed under the time limit guidelines set therein.

22  / /

23  / /

24  / /

25  / /

26  / /

27

28

1   Dated: June 21, 2005                    /s/ Gina Fazio

2                                            GINA FAZIO,
                                             Attorney for Plaintiff.
3
    Dated: June 21, 2005
4                                            MCGREGOR SCOTT
                                             United States Attorney
5
                                             By: /s/ Kimberly A. Gaab
6                                            (as authorized via facsimile)
                                             KIMBERLY A. GAAB
7                                            Assistant U.S. Attorney

8

9   IT IS SO ORDERED.

10  **Dated:    July 7, 2005**              _____/s/ Dennis L. Beck_____
11  3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28