```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                    EASTERN DISTRICT OF CALIFORNIA

 9  ODALY PHETSAVONG,            )    1:04-cv-6081 DLB
                                 )
10              Plaintiff,       )    STIPULATION AND ORDER
                                 )    TO EXTEND TIME
11                               )
                v.               )
12                               )
    JO ANNE B. BARNHART,         )
13  Commissioner of Social       )
    Security,                    )
                                 )
14              Defendant.       )
    _____)
15

16      The parties, through their respective counsel, stipulate

17  that defendant's time to respond to plaintiff's opening brief be

18  extended from August 8, 2005 to September 14, 2005.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25

26
                                   1
```

1   This is the defendant's first request for an extension of
2 time to respond to plaintiff's opening brief.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.

5                              Respectfully submitted,

7 Dated: August 4, 2005

8                              /s/ Gina M. Fazio
                               (as authorized by facsimile)
                               GINA M. FAZIO
9                              Attorney for Plaintiff

11 Dated: August 4, 2005       McGREGOR W. SCOTT
12                             United States Attorney

14                             /s/ Kimberly A. Gaab
                               KIMBERLY A. GAAB
15                             Assistant U.S. Attorney

21    IT IS SO ORDERED.

22    **Dated:   August 5, 2005**            **/s/ Dennis L. Beck**
   3c0hj8                              UNITED STATES MAGISTRATE JUDGE

2